**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                                  Case No.: 4:08-CR-023-SPM

ANDREA NAPOLEON CAMPBELL,

       Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 35) of the United States Magistrate Judge William Sherrill, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **ANDREA NAPOLEON CAMPBELL**, to Count One of the indictment (doc. 1) is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this twenty-fourth day of July, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge